188    373
25 SC  600

# Poor District of the Borough of Edenburg, Appellant, *v.* Poor District of the Borough of Strattanville.

*Poor law—Settlement—Order for removal—Laches.*

On an appeal from an order for the removal of a pauper, it appeared that at the time the order was made the pauper had for sixteen years been an inhabitant of the district, and for twelve years had been the undisputed owner in fee simple of unincumbered real estate and household goods of the value of $300 in the district. At the suggestion of the burgess of the borough who was a personal friend, she accepted assistance from the poor fund. Without her knowledge or consent her name was entered on the poor books as a pauper. After this entry was made she paid taxes for two successive years. *Held,* that the order of removal could not be sustained.

Argued Oct. 24, 1898. Appeal, No. 1, Oct. T., 1898, by plaintiff, from judgment of Superior Court, April T., 1897, No. 153, from order of Q. S. Clarion Co., Aug. T., 1895, No. 2, refusing order of removal of a pauper. Before GREEN, MC-COLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Appeal from Superior Court.

The facts appear by the report of the case in 5 Pa. Superior Ct. 516.

*Error assigned* was the judgment of the Superior Court, affirming the order of the court of quarter sessions.

*Harry R. Wilson,* with him *Cadmus Z. Gordon,* for appellant.

*Frank R. Hindman*, with him *J. A. F. Hoy*, for appellee.

PER CURIAM, November 7, 1898:

The judgment in this case is affirmed on the opinion of the Superior Court.